UNITED STATES DISTRICT COURT *FILED*
DISTRICT OF MASSACHUSETTS *CLERKS OFFICE*

*2005 FEB 18 P 1: 23*

*U.S. DISTRICT COURT*
*DISTRICT OF MASS.*

Joseph Peter Schmitt, pro se
                Plaintiff

V.

CIVIL ACTION NO._____

05 - 10573

MA. Department of Correction, et., al.,
                Defendants

## AFFIDAVIT

I, Joseph P. Schmitt _____, an applicant to proceed in forma pauperis in the above named case, hereby depose and say as follows:

1.    Attached hereto is a copy of the records reflecting the current status of my prison account maintained pursuant to the provisions of Massachusetts General Laws, Ch. 128, Sec. 3, and applicable regulations of the Department of Corrections.

2.    Of those funds currently maintained in my prison account, the amount of ———
$__NONE_____ represents compensation paid to my account for labor performed within the meaning of Massachusetts General Laws, c. 127 sec. 48(a).

Dated: February 16, 2005

_____
Signature of Applicant

Sworn and subscribed to before me this ____ day of_____, 1993.

_____
**NOTARY PUBLIC**

# COMMONWEALTH OF MASSACHUSETT
## DEPARTMENT OF CORRECTION
### Inmate Transaction Report

**Date :** 20050211 11:15

| | | |
|---|---|---|
| **Commit# :** | M81137 | |
| **Name :** | SCHMITT, JOSEPH, , | |
| **Inst :** | MASS. TREATMENT CENTER | |
| **Block :** | D2 | |
| **Cell/Bed :** | 020 /B | |

**MASS. TREATMENT CENTER**

**Statement From** 20050101

**To** 20050211

**Page :** 1

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | **Total Transaction before this Period :** | $14,047.95 | $11,145.56 | $1,757.11 | $1,755.99 |
| 20050104 09:06 | EX - External Disbursement | 3923323 | 96849 | MTC | ~NATIONAL GEOGRAPHIC SOCIETY | $0.00 | $24.00 | $0.00 | $0.00 |
| 20050104 09:06 | MA - Maintenance and Administration | 3923324 | | MTC | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20050106 22:30 | CN - Canteen | 3945393 | | MTC | ~Canteen Date : 20050106 | $0.00 | $77.54 | $0.00 | $0.00 |
| 20050113 17:06 | IS - Interest | 3986034 | | MTC | | $7.55 | $0.00 | $0.00 | $0.00 |
| 20050113 17:06 | IS - Interest | 3986035 | | MTC | | $0.00 | $0.00 | $0.00 | $0.00 |
| 20050113 22:30 | CN - Canteen | 3995886 | | MTC | ~Canteen Date : 20050113 | $0.00 | $50.40 | $0.00 | $0.00 |
| 20050120 22:30 | CN - Canteen | 4022424 | | MTC | ~Canteen Date : 20050120 | $0.00 | $59.73 | $0.00 | $0.00 |
| 20050128 10:46 | EX - External Disbursement | 4054534 | 97401 | MTC | ~MARIE B MCGUIRK, ESQUIRE | $0.00 | $2,000.00 | $0.00 | $0.00 |
| 20050128 10:47 | EX - External Disbursement | 4054538 | 97399 | MTC | ~US PLAYING CARD CO | $0.00 | $22.50 | $0.00 | $0.00 |
| 20050128 10:47 | EX - External Disbursement | 4054541 | 97398 | MTC | ~MYSTERY GUILD | $0.00 | $65.40 | $0.00 | $0.00 |
| 20050201 13:20 | IC - Transfer from Inmate to Club A/c | 4065449 | | MTC | ~CERT 7004 1160 0007 1647 4518~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $4.42 | $0.00 | $0.00 |
| 20050201 14:23 | EX - External Disbursement | 4065694 | 97431 | MTC | ~NATIONAL GEOGRAPHIC SOCIETY | $0.00 | $34.00 | $0.00 | $0.00 |
| 20050201 14:23 | MA - Maintenance and Administration | 4065695 | | MTC | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20050203 22:30 | CN - Canteen | 4086596 | | MTC | ~Canteen Date : 20050203 | $0.00 | $56.90 | $0.00 | $0.00 |
| 20050204 10:06 | IC - Transfer from Inmate to Club A/c | 4088841 | | MTC | ~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $3.85 | $0.00 | $0.00 |
| 20050208 10:49 | IC - Transfer from Inmate to Club A/c | 4100172 | | MTC | ~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $3.85 | $0.00 | $0.00 |
| 20050208 10:50 | IC - Transfer from Inmate to Club A/c | 4100176 | | MTC | ~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $1.75 | $0.00 | $0.00 |
| 20050209 16:46 | IS - Interest | 4115066 | | MTC | | $6.88 | $0.00 | $0.00 | $0.00 |
| 20050209 16:46 | IS - Interest | 4115067 | | MTC | | $0.00 | $0.00 | $0.00 | $0.00 |
| 20050210 22:30 | CN - Canteen | 4135216 | | MTC | ~Canteen Date : 20050210 | $0.00 | $59.99 | $0.00 | $0.00 |
| 20050211 10:14 | VC - Voided Check | 4139348 | 97401 | STH | ~MARIE B MCGUIRK, ESQUIRE | $2,000.00 | $0.00 | $0.00 | $0.00 |
| 20050211 10:14 | TI - Transfer from Institution | 4139350 | | STH | ~Associate Receipt Number is 4139348 | $0.00 | $2,000.00 | $0.00 | $0.00 |
| 20050211 10:14 | TI - Transfer from Institution | 4139351 | | MTC | ~Associate Receipt Number is 4139348 | $2,000.00 | $0.00 | $0.00 | $0.00 |
| | | | | | | $4,014.43 | $4,466.33 | $0.00 | $0.00 |

| | Personal | Savings |
|---|---|---|
| **Balance as of ending date :** | $2,450.49 | $1.12 |

# COMMONWEALTH OF MASSACHUSETT
## DEPARTMENT OF CORRECTION
### Inmate Transaction Report

Date :  20050211 11:15

| | | | | |
|---|---|---|---|---|
| Commit# : | M81137 | | **MASS. TREATMENT CENTER** | Page : 2 |
| Name : | SCHMITT, JOSEPH, , | | Statement From  20050101 | |
| Inst : | MASS. TREATMENT CENTER | | To  20050211 | |
| Block : | D2 | | | |
| Cell/Bed : | 020 /B | | | |

**Current Balances :**

| Personal | Savings | Freeze | Loan | Restitution | Sentence |
|---|---|---|---|---|---|
| $2,450.49 | $1.12 | $0.00 | $0.00 | $0.00 | $0.00 |