```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS
```

JOSEPH P. SCHMITT, <u>pro se</u>,    )
                                    )
      Plaintiff,                 )
                                    )
      v.                         )      C.A. No. 05-10573-GAO
                                    )
MA. DEPARTMENT OF CORRECTION,       )
 et al.,                           )
                                    )
      Defendants.                )

### ORDER OF TRANSFER OF CASE TO JUDGE ZOBEL

On February 18, 2005, plaintiff Joseph P. Schmitt filed the above-captioned matter, which was randomly assigned to this session. Upon review of the pleadings, however, it appears that this action is "related," within the meaning of Local Rule 40.1(G)(1), to another action filed by Schmitt now pending before Judge Rya W. Zobel of this court. <u>See</u> <u>Schmitt v. Mulvey</u>, C.A. No. 04-10717-RWZ. Judge Zobel has agreed that the instant case be transferred to her session. <u>See</u> Local Rule 40.1(G)(3), (5).

ACCORDINGLY, it hereby ORDERED that this action is TRANSFERRED to Judge Zobel.

All future filings in this action shall identify the case number as C.A 05-10573-**RWZ**.

SO ORDERED.

  <u>5/31/05</u>                        <u>/s/ George A. O'Toole, Jr.</u>
DATE                              UNITED STATES DISTRICT JUDGE