Dear Clerk

On or about July 27, 2005 I mailed to this office a duplicate of the enclosed motion for CA. No(s) 05-10571-RWZ and 05-10573-RWZ. However, according to a docket entry sheet dated 9-14-05 these motions were never docketed. Please docket my enclosed motions for reconsideration of motion to proceed in forma Pauperis.

Thank you —

[signature]