U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Joseph P. Schmitt | 05-10573-RWZ |

FILED
IN CLERKS OFFICE

2006 MAY 22  A 9: 26

U.S. DISTRICT COURT
DISTRICT OF MASS

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| Kathleen Dennehy | Civil Rights Action |

| SERVE | NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN |
|---|---|
| ➤ | Ma. Department of Correction |
| | ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code) |
| AT | 50 Maple Street, Suite 3   Milford   Massachusetts |

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

| | |
|---|---|
| Joseph P. Schmitt<br>30 Administration Road<br>Bridgewater, Massachusetts<br>02324-3230 | Number of process to be<br>served with this Form - 285 |
| | Number of parties to be<br>served in this case: 10 |
| | Check for service<br>on U.S.A. |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All
Telephone Numbers, and Estimated Times Available For Service):

Fold                                                                                          Fold

If not servable at the aBOVE ADDRESS PLEASE SERVE AT  Ma. Dept. of
Corr. Legal Division 70 Franklin Street, Suite 600  Boston,
Massachusetts

| Signature of Attorney or other Originator requesting service on behalf of: | ☒ PLAINTIFF<br>☐ DEFENDANT | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| | | | 4/21/06 |

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total<br>number of process indicated.<br>(Sign only first USM 285 if more<br>than one USM 285 is submitted) | Total Process | District<br>of Origin<br>No. 38 | District<br>to Serve<br>No. 38 | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | | | | 5/9/06 |

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described
on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

| Name and title of individual served (if not shown above) | ☐ A person of suitable age and dis-<br>cretion then residing in the defendant's<br>usual place of abode. |
|---|---|
| Danielle Moreira / Confidential Secretary | |
| Address (complete only if different than shown above) | Date of Service | Time |
| | 5/12/06 | 14:15 pm |
| | Signature of U.S. Marshal or Deputy |

| Service Fee | Total Mileage Charges<br>(including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| | | | | | | |

**REMARKS:**

**1.  CLERK OF THE COURT**   FORM USM-285 (Rev. 12/15/80)

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____ MASSACHUSETTS _____

JOSEPH P. SCHMITT

**SUMMONS IN A CIVIL CASE**

V.

MASS. DEPT. OF CORRECTIONS, et al.

CASE NUMBER:  05-10573-RWZ

TO: (Name and address of Defendant)

Kathleen Dennehy      Ma. Department of Correction    50 Maple Street, Suite 3
                      Milford, Massachusetts

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Joseph P. Schmitt
30 Administration Road
Bridgewater, Massachusets
02324-3230

an answer to the complaint which is herewith served upon you, within _____ 20 _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Sarah Allison Thornton
CLERK

(By) DEPUTY CLERK

_____4/19/06_____
DATE