Joseph P. Schmitt
30 Administration Road
Bridgewater, Massachusetts
02324-3230

FILED
IN CLERKS OFFICE

2006 JUN -6  A 10: 41

Jay Johnson, Clerk
1 Courthouse Way, Suite 6110
Boston, Massachusetts
02210

U.S. DISTRICT COURT
DISTRICT OF MASS.

Dear Clerk Johnson:

I received several clerk notices this day and now must ask that you forward me a true copy of the motions.

RE: 05-12580-RWZ

P#7   Motion to Seal Case
P#8   Motion to Enter Exhibit #1
P#9   Motion to Appoint Counsel
P#10  Motion for Order

RE: 05-10573-RWZ

P#8   Motion to Appoint Counsel
P#9   Motion for Order

RE: 05-10571-RWZ

P#12  Motion to Appoint Counsel
P#13  Motion for Order

Please forward me the above listed motions in each noted action along with a docket entry sheet for each noted case.

Thank you for your most prompt action in this matter.

Respectfully,

[signature]

Cc: JPS