UNITED STATES DISTRICT COURT

Joseph P. Schmitt, pro se,

    Plaintiff,

-vs-

Department of Correction, et al.,

    Defendants.

Civil Action No. 05-10573-RWZ

FILED
IN CLERKS OFFICE
2006 JUN -6 A 10: 41
U.S. DISTRICT COURT
DISTRICT OF MASS

MOTION FOR RECONSIDERATION AND
WRITTEN MEMORANDUM OF DECISION

    Now comes the pro se Plaintiff and moves this Court for a reconsideration of Motions P#8 Motion For Appointment Of Counsel, and P#9 Motion For Order.

    Plaintiff further moves this Court for a written memorandum of decision regarding its reason for denying said motions.

    As grounds for the above motion Plaintiff simply states that he is a pro se litigant and has the right to know, in the form of a written memorandum of decision, why this Court is denying his motions so he may take any and all steps necessary to resolve his issues.

    WHEREFORE, Plaintiff prays this Court reconsider its denial of said motions and provide a written memorandum of decision to the pro se plaintiff so he may file a meaningful appeal if required.

Dated: May 25, 2006

Respectfully Filed,

Joseph P. Schmitt, pro se
30 Administration Road
Bridgewater, Massachusetts
02324-3230

Cc: MTC Legal Dept.