UNITED STATES DISTRICT COURT

Joseph P. Schmitt, pro se
Plaintiff

v.

Carter Thomas, et al
Defendants

FILED
CLERKS OFFICE

2006 JUL 18 P 2:46

U.S. DISTRICT COURT
DISTRICT OF MASS.

Civil Action No
05-10573-RWZ

## REQUEST FOR ENTRY OF DEFAULT

TO: Clerk of the Court.

You will please enter the default of defendants Ma. Dept of Correction, Kathleen M. Dennehy, and Steven Kennedy for failure to plead or otherwise defend as provided by the Federal Rules of Civil Procedure, as appears from the attached affidavit of plaintiff, Joseph P. Schmitt.

July 17, 2006

*[signature]*

Joseph P. Schmitt
30 Administration Road
Bridgewater, Ma. 02324

UNITED STATES DISTRICT COURT

Joseph P. Schmitt,
Plaintiff,

v.

Carter Thomas, et al
Defendants

FILED
IN CLERKS OFFICE

2006 JUL 18 P 2:46

U.S. DISTRICT COURT
DISTRICT OF MASS

CIVIL ACTION NO.
05-10573-RWZ

## Affidavit for Entry of Default

Plaintiff, Joseph P. Schmitt, under pains and penalties of perjury hereby deposes and says:

1. I am the pro se plaintiff in the above entitled matter.

2. The defendants Ma. Dept. of Correction, Kathleen M. Dennehy and Steven Kennedy were served with a copy of the summons and complaint on May 12, 2006 by a United States Marshal as appears from the proof of service on file. See docket entry #13, 12 and 14.

3. The defendants Ma. Dept of Correction, Kathleen M. Dennehy and Steven Kennedy have not filed or served an answer or taken other action as may be permitted by law although more than 67 day have passed since the date of service.

July 17, 2006

*[signature]*

Joseph P. Schmitt
30 Administration Road
Bridgewater, Ma. 02324