UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-cv-10573-RWZ

JOSEPH SCHMITT,
    Plaintiff,

v.

MASSACHUSETTS DEPARTMENT OF
CORRECTION, et al.,

    Defendants.

### NOTICE OF APPEARANCE

Without waiving the requirement of personal service of any defendant pursuant to the Federal Rules of Procedure, the undersigned counsel hereby enters her appearance on behalf of the defendant Department of Correction and Kathleen Dennehy in the above-entitled matter.

Dated: July 20, 2006

Respectfully submitted,

NANCY ANKERS WHITE
Special Assistant Attorney General

/s/ Jody T. Adams
_____
Jody T. Adams, Counsel
BBO No. 633795
Department of Correction
Legal Division
70 Franklin Street, Suite 600
Boston, MA 02110-1300
(617) 727-3300 x169

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this date a true copy of the above document was served on plaintiff, pro se, via first class mail.

|  |  |
|---|---|
| Dated: 7/20/2006 | /s/ Jody T. Adams <br> _____ <br> Jody T. Adams, Counsel |