UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-cv-10573-RWZ

JOSEPH SCHMITT,
    Plaintiff,

v.

MASSACHUSETTS DEPARTMENT OF
CORRECTION, et al.,

    Defendants.

## DEFENDANT DEPARTMENT OF CORRECTION AND KATHLEEN DENNEHY'S OPPOSITION TO REQUEST FOR ENTRY OF DEFALT

Defendants Department of Correction and Kathleen Dennehy hereby oppose plaintiff's Request for Entry of Default. As grounds therefore, counsel for the Department of Correction states as follows:

1. Counsel for the Department of Correction and Kathleen Dennehy electronically filed a Notice of Appearance and Motion to Enlarge Time on today's date.

2. Although plaintiff names a total of ten defendants in this lawsuit, to date, he has only served the Department of Correction and Commissioner Dennehy. As such, plaintiff is not prejudiced by the delay in the response to his Complaint. Moreover, the Department of Correction is not a proper defendant in a case involving civil rights violations under 42 U.S.C. Section 1983.

3. In addition, the Complaint contains allegations that are similar to those raised in several other complaints brought by plaintiff in this

        Court, including <u>Schmitt v. Massachusetts Department of Correction</u>, Case Number 05-cv-12580-RWZ, which was dismissed by this Court in an Order dated July 20, 2006.  As such, defendants expect to file a dispositive motion so as to resolve this case in the same manner.  This case is moot in that plaintiff is not longer incarcerated at MCI Cedar Junction, the institution out of which this Complaint arises.

4.     In addition, the defendants Department of Correction and Kathleen Dennehy request that this Court require plaintiff to show good cause and reason why this why this case is not barred by principles of issue and claim preclusion.

5.     Wherefore, the Department of Correction and Kathleen Dennehy respectfully request that this Court DENY plaintiff's Request for Entry of Default.

Dated: July 20, 2006                       Respectfully submitted,

                                                  NANCY ANKERS WHITE
                                                  Special Assistant Attorney General

                                                  /s/ Jody T. Adams
                                                  _____
                                                  Jody T. Adams, Counsel
                                                  BBO No. 633795
                                                  Department of Correction
                                                  Legal Division
                                                  70 Franklin Street, Suite 600
                                                  Boston, MA 02110-1300
                                                  (617) 727-3300 x169

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this date a true copy of the above document was served on plaintiff, pro se, via first class mail.

/s/ Jody T. Adams

Dated: 7/20/2006

_____

Jody T. Adams, Counsel