United States District Court

Joseph P. Schmitt, pro se
    Plaintiff,

v.

Carter Thomas, et al.
    Defendants

FILED
CLERKS OFFICE

2006 SEP -8 P 2:56

DISTRICT COURT

USDC No. 05-10573-RWZ

---

### Plaintiff's Opposition To Defendants Motion to Vacate Plaintiff's Indigency Status and To Require Payment of All Filing Fees

Now comes the pro se plaintiff and opposes the defendants' motion to vacate plaintiff's indigency status and to require payment of all filing fees.

As grounds thereof, the plaintiff states the following:

Defendants have defied this Court's repeated warning regarding the filing of duplicative and frivolous motions by filing the exact same motion in USDC CA. No. 05-10571-RWZ, as such, plaintiff will not defy this Court's warning, and instead refers this Honorable Court to review and accept his above

1 of 2

captioned motion, in its complete context, filed in USDC CA. No. 05-10571-RWZ dated September 5, 2006.

Dated: Sept 6, 2006

Respectfully filed,

*[signature]*

Joseph P. Schmitt
Ma. Treatment Center
30 Administration Road
Bridgewater, Massachusetts
02324-3230

## Certificate Of Service

I, Joseph P. Schmitt, certifies that on or about Sept. 7, 2006 a true copy of the above has been served upon Jody Adams at 70 Franklin Street, Suite 600, Boston Ma. 02110-1300 via first class U.S. mail, postage paid by the Dept. of Correction pursuant to 103-CMR-481.9-10 and 11.

*[signature]*