United States District Court

Joseph P. Schmitt, pro se
    Plaintiff,

v.

Ma. Dept. of Corrections, et al
    Defendant

C.A. No. 05-10573-RWZ

2006 SEP -8 P 2:54

Plaintiff's Motion For Monetary Sanctions For Defendants' Counsel Defying Justice Rya W. Zobel's Orders to Cease Filing Duplicative Pleadings

Now comes the pro se plaintiff, and moves this Court for monetary sanctions against the defendants' counsel, Jody T. Adams, for her practice of filing duplicative and frivolous motions in the above captioned action and C.A. No. 05-10571-RWZ after this Honorable Court warned both plaintiff and defendants to cease this practice in combined actions USDC No. 04-10451-RWZ and USDC No. 04-10717-RWZ. And, even more curious is that the co-counsel of the 04-10451 and 04-10717 case, C. Raye Poole, filed a motion dated May 10, 2006, "Defendants Opposition to Schmitt's Motion For Court Order And Motion For Sanctions", in which counsel sought "IV. Schmitt Should be Monetarily

1 of 3

sanctioned for his failure to comply with this Courts orders to cease filing Duplicative and Frivolous Motions And All of His Future Motions Should Be Dismissed Sua Sponte With further Sanctions Imposed, and almost imediately afterwards the counsel for the defendants agressively violate the Courts repeated warning by filing identical motions in USDC CA. No's 05-10571-RWZ and 05-10573-RWZ. See defs motions, Defendant's Motion to Vacate Plaintiff's Indigency Status and to Require Payment of All filing fees filed on 8/29/2006, and Defendant's Motion to Dismiss filed on 8/31/2006.

Defendants counsel have, or should have, a much higher legal education and a superior knowledge of pre trial and trial litigation practice. As such, attorney Jody Adams has absolutely no excuse to so blatantly defying this Courts Authority.

Plaintiff moves for monetary sanctions in the amount of $250.00 per duplicated motion filed by defendants as noted above. Plaintiff further moves that this court dismiss and/or deny said duplicated motion with prejudice.

Dated: Sept 7, 2006

Respectfully filed

Joseph P. Schmitt

Mass Treatment Center
30 Administration Road
Bridgewater, Massachusetts
02324-3230

## Certificate Of Service

I, Joseph P. Schmitt, hereby certify that a true copy of the above motion was mailed to Jody Adams, Esq. at 70 Franklin Street, Boston Ma. 02110-1300, the Dept of Corrections Legal Division in Suite 600, via First Class U.S. Mail to be paid by the Dept. of Correction pursuant to 103-CMR-481.9-10 and 11, on this 7th day of September, 2006.

*[signature]*

3 of 3