UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-cv-10573-RWZ

JOSEPH SCHMITT,
    Plaintiff,

v.

MASSACHUSETTS DEPARTMENT OF
CORRECTION, et al.,

    Defendants.

## **DEFENDANTS' OPPOSITION TO MOTION FOR SANCTIONS**

Defendants Department of Correction and Kathleen Dennehy hereby oppose plaintiff's "Motion for Monetary Sanctions for Defendants' Counsel Defying Justice Rya W. Zobel's Orders to Cease Filing Duplicative Pleadings." For the following reasons, plaintiff's motion is frivolous and should be denied.

Defendants filed a Motion to Dismiss and Motion to Vacate Indigency Status in this case. Counsel for defendants filed similar motions in Case Number 05-cv-10571, a separate case. These two cases have **NOT** been consolidated, this Court has not issued any orders regarding duplicative pleadings in either cases, and the pleadings filed by defendants are not duplicative. Plaintiff's Motion for Sanctions is an obvious attempt by plaintiff to try to avoid responding to defendants' motions on the merits.

As such, defendants respectfully request that this Court DENY plaintiff's Motion

for Sanctions.

Dated: September 13, 2006              Respectfully submitted,

                                       NANCY ANKERS WHITE
                                       Special Assistant Attorney General

                                       /s/ Jody T. Adams
                                       _____
                                       Jody T. Adams, Counsel
                                       BBO No. 633795
                                       Department of Correction
                                       Legal Division
                                       70 Franklin Street, Suite 600
                                       Boston, MA 02110-1300
                                       (617) 727-3300 x169

## CERTIFICATE OF SERVICE

     I hereby certify that on this date a true copy of the above document was served on plaintiff, pro se, via first class mail.

Dated: 9/13/2006                       /s/ Jody T. Adams
                                       _____
                                       Jody T. Adams, Counsel