**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Joseph P. Schmitt | 05-10573-RWZ |
| **DEFENDANT** | **TYPE OF PROCESS** |
| Carter Thomas | Civil Rights Action |

FILED
CLERKS OFFICE
2007 JAN 24 P 5:22
U.S. DISTRICT COURT
DISTRICT OF MASS

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

MCI-Cedar Junction

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

**AT** Walpole, Massachusetts

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Joseph P. Schmitt
30 Administration Road
Bridgewater, Massachusetts
02324-3230

| | |
|---|---|
| Number of process to be served with this Form - 285 | |
| Number of parties to be served in this case | 10 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

If unservable at the above address then please serve at:
MA. Dept. of Corr. Legal Division  70 Franklin Street, suite 600
Boston, Massachusetts

Signature of Attorney or other Originator requesting service on behalf of:   ☒ PLAINTIFF   ☐ DEFENDANT
TELEPHONE NUMBER          DATE  4/21/06

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process  1 | District of Origin  No. 38 | District to Serve  No. 34 | Signature of Authorized USMS Deputy or Clerk | Date  5/9/06 |

I hereby certify and return that I ☐ have personally served, ☒ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above):  Cheryl Maher (Paru Legal Doc CJ)

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode

Address (complete only if different than shown above)

Date of Service  1/19/07    Time  12:45 pm

Signature of U.S. Marshal or Deputy

| Service Fee  $45.00 | Total Mileage Charges (including endeavors)  see | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or  $45 | Amount of Refund |

REMARKS:  05-10573  285

(Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of     MASSACHUSETTS

JOSEPH P. SCHMITT

          V.

CARTER THOMAS, et al.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 05-10571-RWZ

TO: (Name and address of Defendant)

Thomas Carter     MCI-Cedar Junction. Walpole, Massachusetts

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

```
Joseph P. Schmitt
30 Administration Road
Bridgewater, Massachusetts
02324-3230
```

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Sarah Allison Thornton           4/14/06
CLERK                                                     DATE

(By) DEPUTY CLERK