United States District Court

Joseph P. Schmitt, pro se    Docket No.
        Plaintiff,            2005-cv-10573-RWZ

v.

Ma. Dept. of Correction, et al
        Defendants

---

**Plaintiff's Response to Court's (RYA W. ZOBEL) February 5, 2007 Order to file an Inventory of property Implicated in Case**

Now comes the pro se plaintiff, Joseph P. Schmitt and hereby gives the following list of personal property implicated in this case as the Court has ordered on February 5, 2007.

Plaintiff alleges that the following personal property was confiscated by Dept. of Correction officials implicated in this case. Plaintiff, here and now, states that any and all other personal property not noted, but in deed confiscated unknowingly to him, is also to be included.

1. 7 Photos (family and friends)
2. 40 Copy righted Adult themed transcripts
3. 40 Acceptance Publisher Contracts

4. Numerous papers, addresses previously kept in personal address books.

5. Hand written/typed record regarding adult themed stories written and/or being written for publisher.

6. Various photo copies of checks payable to Plaintiff.

7. Receipts and letters to/from Allessandra's Smile, Inc.

8. Catalog from Allessandra's Smile, Inc.

9. Various financial records from banks.

10. Video film Award Catalog.

11. Events Unlimited Catalog.

12. Various personal letters being mailed out by Plaintiff and addressed to Plaintiff from various individuals

13. Electric typewriter, Smith Corona.

14. One pair of sneakers

15. Personal letter from Charlotte Michaud, Plaintiff's oldest sister

16. Suffolk Superior Court cases, Plaintiff's personal copy of, 02-0335-D; 02-1066-D; 02-0590-D; 02-1461-D; 02-1662-D and 02-1492-D.

17. Various fictional stories of erotic nature between male adults and male youths

18. Various papers confiscated by Special Investigator Stephen Kennedy during or about December 2001. Said papers were submitted to the law

library to be copied for a civil law suit being filed.

Dated: February 8, 2007

Respectfully filed,

/s/ Joseph P. Schmitt
Joseph P. Schmitt
30 Administration Road
Bridgewater, Ma. 02324

## Certificate of Service

This is to certify that a carbon copy of the above document was served upon defendants counsel, Jody T. Adams at 70 Franklin Street, Suite 600 Boston MA. 02110-1300 via 1st class US Mail on February 9, 2007

/s/ Joseph P. Schmitt
pro se
Plaintiff