UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-cv-10573-RWZ

JOSEPH SCHMITT,
    Plaintiff,

v.

MASSACHUSETTS DEPARTMENT OF
CORRECTION, et al.,

    Defendants.

## MOTION TO STAY ALL FURTHER PROCEEDINGS PENDING THE OUTCOME OF DEFENDANTS' RENEWED MOTION TO DISMISS

Without waiving the requirement of personal service of any defendant pursuant to the Federal Rules of Procedure, defendants Dennehy and the Department of Correction hereby move to stay all further proceedings pending the outcome of defendants' Renewed Motion to Dismiss, filed with this Court on March 23, 2007. As grounds therefore, counsel for said defendants states that the interests of judicial economy would best be served by a stay of all matters pending the outcome of this motion.

As reasons therefore, the defendant states that should the Court grant the defendants' motion, this would obviate dealing with any future discovery contemplated. Even in the unlikely event that the plaintiff's Complaint were not entirely dismissed, the Court's ruling on the defendants' dispositive motion would frame any remaining issues and dictate the breadth of any corresponding discovery.

The defendants assert that for the reasons set forth the Renewed Motion to Dismiss all of the plaintiff's remaining claims are dismissable as a matter of law without the need for discovery. Under such circumstances, any discovery propounded by the plaintiff would be irrelevant, an annoyance and an undue burden or expense.

Wherefore, Defendants request that the Court stay all further proceedings in this case, including discovery, pending a ruling on defendants' Renewed Motion to Dismiss.

Dated: March 26, 2007

Respectfully submitted,

NANCY ANKERS WHITE
Special Assistant Attorney General

/s/ Jody T. Adams
_____
Jody T. Adams, Counsel
BBO No. 633795
Department of Correction
Legal Division
70 Franklin Street, Suite 600
Boston, MA 02110-1300
(617) 727-3300 x169

## CERTIFICATE OF SERVICE

I hereby certify that on this date a true copy of the above document was served on plaintiff, pro se, via first class mail.

Dated: 3/26/2007

/s/ Jody T. Adams
_____
Jody T. Adams, Counsel

2