UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-cv-10573-RWZ

JOSEPH SCHMITT,
    Plaintiff,

v.

MASSACHUSETTS DEPARTMENT OF
CORRECTION, et al.,

    Defendants.

**DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION TO COMPEL DEFENDANTS TO ALLOW THE PLAINTIFF LEGAL PHOTOCOPYING IN HIS PRESENCE AND DEFENDANTS' MOTION FOR SANCTIONS.**

    Now come the defendants and oppose plaintiff's "Motion to Compel Defendants to Allow the Plaintiff Legal Copying in His Presence." Defendants also hereby move for sanctions due to Schmitt's failure to abide by this Court's many warnings to cease filing frivolous and duplicative motions.

    Schmitt has filed this exact same motion in five of the lawsuits pending before this Court, specifically: 06-cv-11862, 06-cv-10766, 06-cv-10569, 05-cv-10571 and 05-cv-10573. Schmitt should be sanctioned with the **dismissal** of his lawsuits for his repeated refusal to comply with this Court's Orders to cease filing frivolous and duplicative motions. In the alternative, all of Schmitt's future motions should be dismissed sua sponte with monetary sanctions imposed.

    Schmitt's has ignored this Court's February 5, 2007 Order, in which the Court warns that, "Plaintiff is not entitled to flood the court with multiple, unrelated and frivolous flings and is hereby put on notice that in the future the court will impose sanctions for repeated frivolous submissions, which may include dismissal of the action." See docket entry #45.

Schmitt's frivolous and duplicative motions continue to waste this Court's and the Commonwealth's time and resources.  The Defendants further move that all future motions by Schmitt be denied <u>sua sponte</u>, with further monetary sanctions imposed for his relentless filing of frivolous and meritless motions.

Finally, defendants oppose plaintiff's request for an Order requiring that his legal work be copied in his presence.  The Department of Correction Library Services Policy, 103 CMR 478 does not require this, and it would be unfair to other residents who seeking photocopies, for Schmitt to receive special treatment.  Schmitt's paranoid and conclusory allegations about his photocopies being turned over to defendants' legal counsel are wholly without merit.

## **CONCLUSION**

For the foregoing reasons, Schmitt's Motion to Compel Defendants to Allow the Plaintiff Legal Copy in His Presence should be denied.  Schmitt should be sanctioned with dismissal of this and all other lawsuits for his willful defiance of this Court's Orders to refrain from filing the same frivolous motions in all his pending lawsuits.

Respectfully submitted,

NANCY ANKERS WHITE
Special Assistant Attorney General

/s/ Jody T. Adams
_____

DATED: April 24, 2007

Jody T. Adams, Counsel
B.B.O. # 633795
Department of Correction, Legal Division
70 Franklin Street, Suite 600
Boston, MA  02110-1300
(617) 727-3300 ext. 169

## **CERTIFICATE OF SERVICE**

      I hereby state under the pains and penalties of perjury that I did this day serve a photocopy of the above document upon plaintiff (pro se) via first class mail.

Date: 4/24/07          /s/ Jody T. Adams
                                   _____
                                   Jody T. Adams, Counsel