UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **JOSEPH PETER SCHMITT** <br> **Plaintiff** <br><br> V. <br><br> **MASS. DEPT. OF CORRECTIONS ET AL** <br> **Defendant** | **CIVIL ACTION** <br><br> **NO. 05CV10573-RWZ** |

## JUDGMENT

**ZOBEL, D. J.**

In accordance with the ORDER entered on 7/10/07;

Judgment is entered DISMISSING the complaint..

By the Court,

| | |
|---|---|
| 7/10/07 | s/ Lisa A. Urso |
| Date | Deputy Clerk |