United States District Court

Joseph P. Schmitt, pro se
    Plaintiff,

v.

Ma. Dept. of Correction, et al.,
    Defendants

FILED
IN CLERKS OFFICE

2007 JUL 23  A 11: 57

U.S. DISTRICT COURT
DISTRICT OF MASS.

2005-cv-10573-RWZ

## Plaintiff's Motion for Reconsideration

Now comes the pro se plaintiff and moves this Court for reconsideration of its July 10, 2007 order to dismiss the above-entitled action, and denial of other motions in this case. As grounds thereof, plaintiff states the following.

1. The Court has erred by alleging that this action is based primarily on writings of sexually explicit stories. It should be noted in the formal record that such allegations by this Court has repeatedly been made, and as such plaintiff is unfairly prejudiced by the Court.

2. The action in question involves plaintiff's personal family photos, letters, typewriter and a variety of copy righted manuscripts. The court fails to mention this personal property for the most part while emphasizing sexually explicit stories.

3. Plaintiff has a constitutional right to have his personal property returned. It is a huge and sickening act of injustice for this Court to dismiss this case, thus allowing the pro se indigent plaintiff to be deprived his personal property over such weak reasons as the defendants have offered.

4. The sexually themed transcripts do not involve male youths as the defendants allege and this Court states in its order of July 10, 2007 page 2 of 3.

5. The defendants have lied and manipulated facts so badly that this Court is blinded to the truth and has made rulings in this case and others that are nothing short of bold injustice.

6. Plaintiff, as an unskilled litigant has provided this Court with sufficient evidence to prove that the defendants have his personal property and refuse to return it. Plaintiff has followed the PLRA as far as exhausting administrative remedies, over a years long period, and has been forced to file legal action to receive his due justice. Still this Court deems it just and fair to dismiss his case.

7. Plaintiff did not request summonses as this Court has claimed on page 2 of 3 of its July 10, 2007. The Court has further erred by claiming service is plaintiff's responsibility. Case law clearly states that it is the Court's responsibility to serve process upon all defendants when granting plaintiff leave in forma pauperis. See Young v. Quinlan 960 F.2nd 351 (3rd Cir 1992); also Noll v. Carlson

809 F.2d 1446 (9th Cir. 1997).

8. Even if plaintiff is wrong in the above paragraph, the following facts justify the granting of his previous motion for reconsider denied by this court on July 10, 2007. Plaintiff refers the Court to motion docket numbers "9", "10", and "17". Plaintiff clearly tried to resolve the service problem, yet this Court denied his every motion.

9. To further support his motion for reconsideration as to the dismissal of defendants for lack of service, plaintiff submits a true copy of ten Process Receipt And Return, Form USM-285 which clearly indicate that the U.S. Marshal did receive the civil action and summons for the ten named defendants. Plaintiff, pursuant to case law, is not held liable for failure of U.S. Marshal to conduct service. See, Welch v. Folsom 925 F.2d at 670; Puett v. Blandford, 912 F.2d 270, 275 (9th Cir 1990); Fowler v. Jones 899 F.2d 1088, 1094 n.5 (11th Cir 1990).

WHEREFORE, Plaintiff strongly states that this Court must reinstate this action and in doing so reinstate all the defendants previously dismissed for failure to conduct service and move this action to pre trial so as plaintiff can be afforded unbias justice.

Dated: July 18, 2007

Respectfully,

Joseph P. Schmitt
Pro se Plaintiff
30 Administration Road
Bridgewater, Ma. 02324

Attachments: 10, FORM USM-285, (one per deft).

CC: Jody T. Adams, Esq
    JPS File

Certificate of Service

I hereby certify that a true copy of the above motion was served upon Jody T. Adams, Esq via intra facility mail on or about July 18, 2007

Joseph P. Schmitt
Pro se Plaintiff

U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Joseph P. Schmitt | 05-10573-RWZ |
| **DEFENDANT** | **TYPE OF PROCESS** |
| MA. Department of Correction | Civil Rights Action |

**SERVE** ➤ NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

MA. Department of Correction

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

50 Maple Street, Suite 3 Milford Massachusetts

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Joseph P. Schmitt
30 Administration Road
Bridgewater, Massachusetts
02324-3230

| Number of process to be served with this Form - 285 | |
| Number of parties to be served in this case | 10 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Signature of Attorney or other Originator requesting service on behalf of:
☒ PLAINTIFF
☐ DEFENDANT
TELEPHONE NUMBER
DATE 4/21/06

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 38 | District to Serve No. 38 | Signature of Authorized USMS Deputy or Clerk | Date 5/9/06 |

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)
Danielle Moreira / Confidential Secretary

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Date of Service 5/9/06   Time 10:15 pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |

REMARKS: Forwarded to USM Worcester MA

**NOTE**

PRIOR EDITIONS MAY BE USED      **3. NOTICE OF SERVICE**      FORM USM-285 (Rev. 12/15/80)

| U.S. Department of Justice<br>United States Marshals Service | **PROCESS RECEIPT AND RETURN**<br>See Instructions for "Service of Process by the U.S. Marshal"<br>on the reverse of this form. |
|---|---|

| PLAINTIFF<br>Joseph P. Schmitt | COURT CASE NUMBER<br>05-10573-RWZ |
|---|---|
| DEFENDANT<br>Michael T. Maloney | TYPE OF PROCESS<br>Civil Rights Action |

| SERVE ➡ | NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN<br>70FFRANKLI MA. Corr. Dept. Legal Division |
|---|---|
| AT | ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)<br>70 Franklin Street, Suite 600 Boston Massachusetts |

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Joseph P. Schmitt
30 Administration Road
Bridgewater, Massachusetts
02324-3230

| Number of process to be served with this Form - 285 | |
|---|---|
| Number of parties to be served in this case | 10 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):
Fold                                                                                         Fold

Signature of Attorney or other Originator requesting service on behalf of:  ☒ PLAINTIFF  ☐ DEFENDANT    TELEPHONE NUMBER    DATE 4/21/06

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process<br>1 | District of Origin<br>No. 38 | District to Serve<br>No. 38 | Signature of Authorized USMS Deputy or Clerk | Date<br>5/9/06 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

| Name and title of individual served (if not shown above) | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. |
|---|---|
| Address (complete only if different than shown above) | Date of Service 10/30/06  Time 11:15 pm<br>Signature of U.S. Marshal or Deputy |

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or Amount of Refund |
|---|---|---|---|---|---|

REMARKS: Does not work there no longer

NOTE

| PRIOR EDITIONS MAY BE USED | 3. **NOTICE OF SERVICE** | FORM USM-285 (Rev. 12/15/80) |
|---|---|---|

| U.S. Department of Justice<br>United States Marshals Service | PROCESS RECEIPT AND RETURN<br>See Instructions for "Service of Process by the U.S. Marshal"<br>on the reverse of this form. |
|---|---|

| PLAINTIFF<br>Joseph P. Schmitt | COURT CASE NUMBER<br>05-10573-RWZ |
|---|---|
| DEFENDANT<br>Peter Allen | TYPE OF PROCESS<br>Civil Action |

| SERVE ▶ | NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN<br>MA. Dept. of Corr. Legal Department |
|---|---|
| AT | ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)<br>70 Franklin Street, Suite 600, Boston, Massachusetts |

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Joseph P. Schmitt
30 Administration Road
Bridgewater, Massachusetts
02324-3230

| Number of process to be served with this Form - 285 | |
|---|---|
| Number of parties to be served in this case | 10 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):
Fold                                                                                                                                                     Fold

| Signature of Attorney or other Originator requesting service on behalf of: | ☒ PLAINTIFF<br>☐ DEFENDANT | TELEPHONE NUMBER | DATE<br>4/21/06 |
|---|---|---|---|

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated.<br>(Sign only first USM 285 if more than one USM 285 is submitted) | Total Process<br>1 | District of Origin<br>No. 38 | District to Serve<br>No. 38 | Signature of Authorized USMS Deputy or Clerk | Date<br>5/9/06 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

| Name and title of individual served (if not shown above) | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. |
|---|---|
| Address (complete only if different than shown above) | Date of Service: 10/30   Time: 3:15 pm<br>Signature of U.S. Marshal or Deputy |

| Service Fee | Total Mileage Charges<br>(including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|

REMARKS: Does not work there any longer

NOTE

| PRIOR EDITIONS<br>MAY BE USED | 3. NOTICE OF SERVICE | FORM USM-285 (Rev. 12/15/80) |
|---|---|---|

| U.S. Department of Justice<br>United States Marshals Service | PROCESS RECEIPT AND RETURN<br>See Instructions for "Service of Process by the U.S. Marshal"<br>on the reverse of this form. | |
|---|---|---|
| PLAINTIFF<br>Joseph P. Schmitt | COURT CASE NUMBER<br>05-10573-RWZ | |
| DEFENDANT<br>William Grossi | TYPE OF PROCESS<br>Civil Rights Action | |

| SERVE → | NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN<br>MCI-Cedar Junction |
|---|---|
| | ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code) |
| AT | Walpole, Massachusetts |

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Joseph P. Schmitt
30 Administration Road
Bridgewater, Massachusetts
02324-3230

| Number of process to be served with this Form - 285 | |
|---|---|
| Number of parties to be served in this case | 10 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

If not servable at the above address then serve at
Ma. Dept. of Corr. Legal Division 70 Franklin Street
Suite 600, Boston, Massachusetts

Signature of Attorney or other Originator requesting service on behalf of:  ☒ PLAINTIFF  ☐ DEFENDANT    TELEPHONE NUMBER    DATE 4/21/06

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process<br>1 | District of Origin No. 38 | District to Serve No. 38 | Signature of Authorized USMS Deputy or Clerk | Date 5/9/06 |
|---|---|---|---|---|---|

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

| Name and title of individual served (if not shown above) | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. |
|---|---|
| Address (complete only if different than shown above) | Date of Service 1/31/07  Time 16/0  ☒ pm |
| | Signature of U.S. Marshal or Deputy |

| Service Fee<br>45 | Total Mileage Charges (including endeavors)<br>18.43 | Forwarding Fee | Total Charges<br>63.43 | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|

REMARKS:
1 DUSM, 1 HR

Served in hand

| PRIOR EDITIONS MAY BE USED | 3. NOTICE OF SERVICE | FORM USM-285 (Rev. 12/15/80) |
|---|---|---|

| U.S. Department of Justice<br>United States Marshals Service | PROCESS RECEIPT AND RETURN<br>See Instructions for "Service of Process by the U.S. Marshal"<br>on the reverse of this form. |
|---|---|

| PLAINTIFF<br>Joseph P. Schmitt | COURT CASE NUMBER<br>05-10573-RWZ |
|---|---|
| DEFENDANT<br>Carter Thomas | TYPE OF PROCESS<br>Civil Rights Action |

SERVE ➡ NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
MCI-Cedar Junction
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
AT Walpole, Massachusetts

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Joseph P. Schmitt
30 Administration Road
BRidgewater, Massachusetts
02324-3230

Number of process to be served with this Form - 285
Number of parties to be served in this case: 10
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

If unservable at the above address then please serve at
MA. Dept. of Corr. Legal Division 70 FRanklin Street, suite 600
Boston, Massachusetts

Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF  ☐ DEFENDANT
TELEPHONE NUMBER    DATE: 4/21/06

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process: 1 | District of Origin No. 38 | District to Serve No. 38 | Signature of Authorized USMS Deputy or Clerk | Date: 5/4/06

I hereby certify and return that I ☐ have personally served, ☒ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)
Cheryl Maher (from Legal Dec CJ)

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Date of Service: 1/19/07   Time: 10:45 am/pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| $45 | $11 | | | | $45 | |

REMARKS:
05-10573
285

PRIOR EDITIONS MAY BE USED    **3. NOTICE OF SERVICE**    FORM USM-285 (Rev. 12/15/80)

| U.S. Department of Justice | **PROCESS RECEIPT AND RETURN** |
|---|---|
| United States Marshals Service | See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form. |

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Joseph P. Schmitt | 05-10573 |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| Jeffrey Smith | Civil Rights Action |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
SCI-CEDAR JUNCTION

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
WALPOLE MASSACHUSETTS

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Joseph P. Schmitt
30 Administration Road
Bridgewater, Massachusetts
02324-3230

| Number of process to be served with this Form - 285 | |
| Number of parties to be served in this case | 10 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

If unservable at the above address serve at
MA. Dept. of Corr. Legal Division
70 Franklin Street, suite 600
Boston, Massachusetts

Signature of Attorney or other Originator requesting service on behalf of:  ☒ PLAINTIFF  ☐ DEFENDANT    TELEPHONE NUMBER    DATE 4/21/06

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 38 | District to Serve No. 38 | Signature of Authorized USMS Deputy or Clerk | Date 5/9/06 |

I hereby certify and return that I ☐ have personally served, ☒ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above): Cheryl Mahan (DOC OT Paralegal)

| Address (complete only if different than shown above) | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. |
| | Date of Service 1/19/17  Time 12:15 pm |
| | Signature of U.S. Marshal or Deputy |

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
| $15 | $5 | | | | | |

REMARKS:

**NOTE**

| PRIOR EDITIONS MAY BE USED | 3. NOTICE OF SERVICE | FORM USM-285 (Rev. 12/15/80) |

**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Joseph P. Schmitt | 05-10573-RWZ |
| DEFENDANT | TYPE OF PROCESS |
| Patrick Mulvey | Civil Rights action |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
MCI-Cedar Junction

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
Walpole, Massachusetts

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Joseph P. Schmitt
30 Administration Road
Bridgewater, Massachusetts
02324-3230

Number of process to be served with this Form - 285
Number of parties to be served in this case: 40
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

If unservable at the above address serve at MA. Dept of Corr. Legal Division 70 Franklin Street, Boston massachusetts

Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF  ☐ DEFENDANT
TELEPHONE NUMBER
DATE: 4/21/06

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process: 1 | District of Origin No. 38 | District to Serve No. 38 | Signature of Authorized USMS Deputy or Clerk | Date: 5/9/06

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above):
☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)
Date of Service: 1/17/07  Time: 12:45 pm
Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|

REMARKS:

**NOTE**

PRIOR EDITIONS MAY BE USED

**3. NOTICE OF SERVICE**

FORM USM-285 (Rev. 12/15/80)

**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Joseph P. Schmitt | 05-10573-RWZ |
| **DEFENDANT** | **TYPE OF PROCESS** |
| David Nolan | Civil Rights Action |

**SERVE** ➡ NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
David Nolan

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
MCI-Cedar Junction  Walpole, Massachusetts

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Joseph P. Schmitt
30 Administration Road
Bridgewater, Massachusetts
02324-3230

| Number of process to be served with this Form - 285 | |
| Number of parties to be served in this case | 10 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

If this person is not available at the above address then serve this complaint to MA. Department of Correction Legal Division at 70 Franklin Street, Suite 600, Boston Massachusetts

Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT   TELEPHONE NUMBER   DATE 4/21/06

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process: 1 | District of Origin No. 38 | District to Serve No. 38 | Signature of Authorized USMS Deputy or Clerk | Date 5/9/06

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)
Nolan Served @ MA DOC HQ
50 Maple St
Milford, MA 01757

Date of Service 1/9/07   Time 1410 pm
Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| 45 | | | 45 | | | |

REMARKS:
1 Dism, 1hr  25 miles

PRIOR EDITIONS MAY BE USED    **3. NOTICE OF SERVICE**    FORM USM-285 (Rev. 12/15/80)

**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Joseph P. Schmitt | 05-10573-RWZ |
| DEFENDANT | TYPE OF PROCESS |
| Steven Kennedy | Civil Rights Action |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Bridgewater State Hospital

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
Bridgewater, Massachusetts

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Joseph P. Schmitt
30 Administration Road
Bridgewater, Massachusetts
02324-3230

Number of process to be served with this Form - 285:
Number of parties to be served in this case: 10
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

If this defendant can not be served at the above address then serve at Ma. Dept. of Corr. Legal Division 70 Franklin Street, Suite 600 Boston Massachusetts

Signature of Attorney or other Originator requesting service on behalf of:
☒ PLAINTIFF
☐ DEFENDANT
TELEPHONE NUMBER
DATE: 4/21/06

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted)
Total Process: 1
District of Origin No. 38
District to Serve No. 38
Signature of Authorized USMS Deputy or Clerk
Date: 5/9/06

I hereby certify and return that I ☐ have personally served, ☒ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above):
☒ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above):
Date of Service: 5/12/06
Time: am/pm
Signature of U.S. Marshal or Deputy

56 miles Roundtrip

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| 90.00 | 30.44 | — | 110.44 | | | |

REMARKS: STEVEN KENNEDY WILL NOT BE AVAILABLE FOR TWO WEEKS FROM SERVICE DATE

**NOTE**

PRIOR EDITIONS MAY BE USED    **3. NOTICE OF SERVICE**    FORM USM-285 (Rev. 12/15/80)

**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Joseph P. Schmitt | 05-10573-RWZ |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| Kathleen Dennehy | Civil Rights Action |

**SERVE** ➤ NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Ma. Department of Correction

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
50 Maple Street, Suite 3  Milford  Massachusetts

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Joseph P. Schmitt
30 Administration Road
Bridgewater, Massachusetts
02324-3230

Number of process to be served with this Form - 285:
Number of parties to be served in this case: 10
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

If not servable at the aBOVE ADDRESS PLEASE SERVE AT  Ma. Dept. of Corr. Legal Division 70 Franklin Street, Suite 600  Boston Massachusetts

Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF  ☐ DEFENDANT
TELEPHONE NUMBER
DATE: 4/21/06

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted)
Total Process: 1
District of Origin No. 38
District to Serve No. 38
Signature of Authorized USMS Deputy or Clerk
Date: 5/9/06

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)
Danielle Moreira / Confidential Secretary

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Date of Service: 5/12/06  Time: 1:15 pm
Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|

REMARKS:

**NOTE**

PRIOR EDITIONS MAY BE USED    **3. NOTICE OF SERVICE**    FORM USM-285 (Rev. 12/15/80)