UNITED STATES DISTRICT COURT

```
 TT, Pro se.,
    iff,

v.                                    C.A. No. 05-10573-RWZ

MA. DEPT. OF CORRECTION,
       Defendant
```

NOTICE OF APPEAL

    Now comes the pro se plaintiff, Joseph P. Schmitt, in the above captioned action and gives notice to the court and the opposing party of his intent to appeal this courts, Rya W. Zobel's rulings of July 10,2007 which shall include Motions(Docket #45), (Docket #24), (Docket #50), (Docket #52) and (Docket # 60).
    Plaintiff further states for the record that his intention to appeal involves all motions in which this court ruled upon allowing the dismissal of any of the defendants, denials of plaintiff's motions for reconsideration of such motions allowing the dismissal of ~    ᶠᵃⁿˡᵃnts, and the dismissal of the action as well as the
        tiff's motion for reconsideration of the dismissal

    iff moves that the court order the clerk of court
    ᵤₑ records and take all necessary step under law to
    .ᵤter before the United States Court of Appeals without y, as has been the norm in this and other cases before said Justice, Rya W. Zobel.

Certificate of Service

    On or about August 3,2007 a true copy of the above Notice eal was mailed to Opposing counsel, Jody T. Adams via intra mental mail service

```
                              _____
                              Joseph P. Schmitt, pro se
                              Nemansket Correctional Facility
                              30 Administration Road
                              Bridgewater, Massachusetts
                              02324-3230
     gust 2,2007
```